1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                              DISTRICT OF NEVADA
10
11  BROOKE ALLEN,                          CASE NO.  3:10-cv-00625-HDM-VPC
12         Plaintiff,                      **ORDER OF DISMISSAL**
13  v.
14  HYATT CORPORATION, a Delaware corporation,
15
16         Defendant.
17     Based on the stipulation of the parties, IT IS ORDERED that this action is
18  hereby dismissed in its entirety with prejudice.
19
20  Dated: _____March 30_____, 2011        _____
21                                          UNITED STATES DISTRICT JUDGE